UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | ) ) ) ) ) ) ) ) ) | MDL NO. 3074<br><br>E.D. Pa. Action Nos.<br>2:23-md-03074<br>2:23-cv-02282 |

**NOTICE OF APPEARANCE OF COUNSEL RACHEL K. TACK**

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Plaintiff Peter Montecalvo in the above-captioned matter and add my name to the ECF service list for the individual case, No. 2:23-cv-02282, as well as the master case file for MDL 3074, No. 2:23-md-03074.

Pursuant to the Court's Order dated June 20, 2023, ECF No. 3 in the master case file, I hereby confirm that my appearance before transfer was entered on November 18, 2022, as ECF No. 16 in the individual case captioned: *Montecalvo v. Cabela's Inc.*, No. 1:22-cv-11837 (D. Mass.).

I hereby acknowledge and agree to my continuing obligations under Section I.J. of the Court's Policies and Procedures, and I further agree to be bound by the Pennsylvania Rules of Professional Conduct and Local Rules of this Court for the duration of the case and all proceedings therein.

Payment of the Clerk of Court's filing fees for special admission to this Court shall be paid as directed by the Clerk.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 28, 2023 | /s/ *Rachel K. Tack* |
|  | Rachel K. Tack |
|  | **ZIMMERMAN REED LLP** |
|  | 1100 IDS Center |
|  | 80 South 8th Street |
|  | Minneapolis, MN  55402 |
|  | Telephone: (612) 341-0400 |
|  | Facsimile: (612) 341-0844 |
|  | rachel.tack@zimmreed.com |
|  | *Attorney for Plaintiff Peter Montecalvo* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

*/s/ Rachel K. Tack*
Rachel K. Tack
