UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **IN RE: BPS DIRECT, LLC, AND** | : | **MDL NO. 3074** |
| **CABELA'S, LLC, WIRETAPPING** | : | |
| **LITIGATION** | : | **E.D. Pa. Action Nos.** |
| | : | **2:23-md-03074** |
| | : | **2:23-cv-02282** |
| | : | |

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

<u>Plaintiff Peter Montecalvo</u>   <u>State of Connecticut</u>
   (Party)               (Citizenship)

Dated: July 5, 2023         */s/ Carey Alexander*
                Carey Alexander
                Joseph P. Guglielmo
                Ethan S. Binder
                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                The Helmsley Building
                230 Park Ave, 17th Floor
                New York, NY 10169
                Tel.: (212) 223-6444
                Fax:  (212) 223-6334
                E-mail: calexander@scott-scott.com
                    jguglielmo@scott-scott.com
                    ebinder@scott-scott.com

                *Counsel for Plaintiff Peter Montecalvo*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

                                                */s/ Carey Alexander*
                                                Carey Alexander