IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : MDL 3074 :<br>:<br>: E.D.Pa. ACTION NOS.:<br>: 23-md-3074<br>: 22-cv-4709<br>: 23-cv-2282<br>: 23-cv-2287<br>: 23-cv-2293<br>: 23-cv-2294<br>: 23-cv-2295<br>: 23-cv-2306<br>: 23-cv-2338<br>: 23-cv-4008 |

## ORDER

**AND NOW**, this 15th day of November 2023, upon reviewing the Plaintiffs' Motion to compel (ECF No. 74), Defendants' Response (ECF No. 76), and unable to understand proportionality concerns solely from the filings, it is **ORDERED** we will hold a telephone conference on the Motion (ECF No. 74) on **November 17, 2023** at **8:30 A.M.** for no more than thirty minutes over the Court's conference line (Dial-in Number: 888-278-0296; Access Code: 5723096#).

KEARNEY, J.