**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING** | ) ) ) ) ) ) ) ) ) ) |

**MDL No. 3074**

**E.D. Pa. Action Nos.:**
**2:23-md-03074-MAK**
**2:23-cv-02282-MAK**

## MOTION TO WITHDRAW APPEARANCE

Pursuant to L.R. 5.1(b), the undersigned counsel respectfully moves for leave to withdraw the appearance of Rachel K. Tack as counsel of record in this matter on behalf of Plaintiff Peter Montecalvo in the above captioned action, as Ms. Tack is no longer associated with Zimmerman Reed LLP. No substitution of counsel is necessary as Plaintiff continues to be represented by Brian Gudmundson and Michael Laird of Zimmerman Reed LLP and court-appointed lead counsel in this matter.

Respectfully submitted,

Dated: July 10, 2026

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (Admitted *pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com

***Attorney for Plaintiffs***