**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING** | **MDL No. 3074**<br><br>**E.D. Pa. Action Nos.:**<br>**2:23-md-03074-MAK**<br>**2:23-cv-02282-MAK** |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2026, it is hereby

ORDERED that the motion to withdraw the appearance for attorney Rachel K.

Tack is granted.

_____
Hon. Mark A. Kearney
United States District Judge