**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC, AND** | :   **MDL 3074** |
| **CABELA'S, LLC, WIRETAPPING** | : |
| | : |
| | :   **E.D.Pa. ACTION NOS.:** |
| | :   **23-md-3074** |
| | :   **23-cv-2282** |
| | :   **23-cv-2294** |

## <u>ORDER</u>

**AND NOW**, this 11th day of August 2026, upon reviewing Plaintiffs' second consolidated amended Complaint (ECF 110) confirming the remaining Plaintiffs and claims filed consistent with our June 17, 2026 Order (ECF 106) and our Court of Appeals's May 11, 2026 Judgment (ECF 100) modifying our December 18, 2023 Order (ECF 97), and for good cause, it is **ORDERED** we:

1.       **CONFIRM** the dismissal without prejudice of Brittany Vonbergen (22-cv-4709), Gregory Moore (23-cv-2287), Brian Calvert (23-cv-2293), Arlie Tucker (23-cv-2295), Timothy Durham (23-cv-2306), and Marilyn Hernandez (23-cv-2338) and **direct** the Clerk of Court to **CLOSE** their individually filed dockets; and,

2.       **AMEND** the caption as above to identify Heather Cornell (23-cv-2294) and Peter Montecalvo (23-cv-2282) as the remaining Plaintiffs.

**KEARNEY, J.**